UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                          Case No. 22-30428
                                            Originating No. 3:22-00327

**HEATHER IDONI,**

    Defendant.

_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **HEATHER IDONI,** to answer to charges pending in another federal district, and states:

1. On **October 6, 2022,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Middle District of Tennessee based on an Indictment**. Defendant is charged in that district with **violation of 18 U.S.C. §241, 248- Conspiracy to Obstruct Access to a Clinic Providing Reproductive Health Services.**

      2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

      WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

                                  Respectfully submitted,

                                  DAWN N. ISON
                                United States Attorney

                                s/Sarah Youngblood
                                Assistant U.S. Attorney
                                211 W. Fort Street, Suite 2001
                                Detroit, MI 48226
                                Sarah.youngblood@usa.doj.gov
                                (313) 226-9581

Dated: October 6, 2022